JOSHUA C. SANDERS, Appellant, *v.* EMILIE RIEDINGER et al., Respondents.

*Sanders* v. *Riedinger*, 30 App. Div. 277, affirmed.
(Argued June 19, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 27, 1898, affirming a judgment in favor of defendants entered upon a verdict, and an order denying a motion for a new trial.

*Joshua C. Sanders,* appellant, in person.

*Norman A. Lawlor* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, LANDON and WERNER, JJ. Not sitting: CULLEN, J.